Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                                                                         Case No. A01-0138-CR (JKS)

GERTRUDE FRANKSON

On February 19, 2002, the above-named was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. Additionally, the Court ordered restitution in the amount of $6,411.25, which has been paid in full.

It is accordingly recommended that Gertrude Frankson be discharged from supervision.

Respectfully submitted,

_Toni M. Ostanik_
Toni M. Ostanik
U.S. Probation/Pretrial Services Officer

_Eric D. Odegard_
Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __13th__ day of __January__, 20__06__.

_/s/ James K. Singleton_
James K. Singleton
Senior U.S. District Court Judge